No. 05–7462.  SMITH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 05–7778 (05A490).  BAKER v. MARYLAND.  Cir. Ct. Harford County, Md.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 05–7779 (05A491).  BAKER v. MARYLAND.  Ct. App. Md. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

No. 05–7926 (05A511).  BAKER v. MARYLAND.  Cir. Ct. Harford County, Md.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.  Certiorari denied.

No. 04–9900.  PENIGAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ante, p. 830;

No. 04–9973.  BARBER v. PERDUE, GOVERNOR OF GEORGIA, ante, p. 832;

No. 04–10154.  HUDSON v. KAPTURE, WARDEN, ante, p. 839;

No. 04–10170.  LAMKIN v. TEXAS, ante, p. 840;

No. 04–10177.  MORROW v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS, ante, p. 840;

No. 04–10291.  MOATS v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA; MOATS v. WHETSTONE ET AL.; MOATS v. WHETSTONE ET AL.; and MOATS v. WHETSTONE ET AL., ante, p. 844;

No. 04–10339.  DAIBO v. UNITED STATES, ante, p. 934;

No. 04–10351.  SPIELVOGEL v. UNITED STATES, ante, p. 934;

No. 04–10468.  RONQUILLO PALMA v. UNITED STATES, ante, p. 853;

No. 04–10499.  SCHULER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, ante, p. 855;

No. 04–10526.  BARLEY v. COOK, ante, p. 856;

No. 04–10597.  ROMER ET AL. v. SCHWARZENEGGER, GOVERNOR OF CALIFORNIA, ET AL., ante, p. 860;

No. 04–10704.  FIORANI v. UNITED STATES, ante, p. 866;